**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 279 WAL 2018

           Respondent          :

                                   :    Petition for Allowance of Appeal from

                                   :    the Order of the Superior Court

           v.                      :

                                   :

HEATH E. MILLER,                   :

                                   :

           Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.